UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MICHAEL PHAN,**

   Plaintiff,

v.                                                                              CASE NO.     3:14-cv-84-J-25JBT

**CONVERGENT OUTSOURCING, INC.,** and
**ENHANCED RECOVERY COMPANY, LLC,**

   Defendants.

## O R D E R

Pursuant to Plaintiff's Notice of voluntary dismissal of Defendant, Enhanced Recovery Company, LLC. (Dkt. 12), it is,

**ORDERED** that this action is **DISMISSED with prejudice** as to Defendant, Enhanced Recovery Company, LLC, only**.**

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of April, 2014.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record